IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PABLO F. MALDONADO, | : |
| Plaintiff, | : |
| v. | : Case No. 5:23-cv-505-MTT-AGH |
| Warden SHAWN EMMONS, *et al.*, | : |
| Defendants. | : |

# **ORDER**

Before the Court is Defendant Nurse Cobb, Doctor Finderson, Doctor Efobi, and Doctor Fowlers' Suggestion of Bankruptcy and Notice of Stay (ECF No. 57). These Defendants have attached an order issued by the United States Bankruptcy Court for the Southern District of Texas arising out of a Chapter 11 petition filed by Wellpath Holdings, Inc. Am. Interim Order, *In re Wellpath Holdings, Inc.*, No. 24-90533-ARP (S.D. Tex. Nov. 12, 2024), ECF No. 69. The order enforces an automatic stay in all lawsuits "in which a Debtor is named as one of the defendants therein." *Id.* at 1 n.3. Wellpath, LLC, which Cobb, Finderson, Efobi, and Fowler state was their employer at the time of the incidents alleged in this lawsuit, is one of numerous Wellpath entities included as a Debtor under the petition. Defs.' Suggestion of Bankr. 1, ECF No. 57; Defs.' Ex. A, at 1, 6, ECF No. 57-1. In addition to enforcing the automatic stay of claims against a Debtor, the Southern District of Texas also stayed claims against "Non-Debtor Defendants." Am. Interim Order 2, Nov. 12, 2024, *In re Wellpath Holdings, Inc.* Cobb, Finderson, Efobi, and Fowler appear to assert they

qualify as Non-Debtors under the order because of their employment with Wellpath, LLC.  Defs.' Suggestion of Bankr. 1, 3.

While it is clear that if Wellpath, LLC were a defendant in this action, the Southern District of Texas Bankruptcy Court's order would clearly stay claims against it, the Court does not have sufficient information to reach the same conclusion as to Cobb, Finderson, Efobi, and Fowler or the other defendants in this case.  Cobb, Finderson, Efobi, and Fowler do not point the Court to any specific provision in the bankruptcy court order or statute that clearly identifies an employee such as Cobb, Finderson, Efobi, and Fowler as Non-Debtors to which the stay would apply.

Therefore, EACH DEFENDANT—not just Cobb, Finderson, Efobi, and Fowler—is instructed to advise the Court within FOURTEEN (14) DAYS what effect the Southern District of Texas Bankruptcy Court's stay order has on each Defendant and cite the Court to a specific order or statute that supports the party's position.

**SO ORDERED**, this 2nd day of December, 2024.

s/ *Amelia G. Helmick*<br>UNITED STATES MAGISTRATE JUDGE