IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PABLO F. MALDONADO, | : |
|                Plaintiff, | : |
| v. | :   Case No. 5:23-cv-505-MTT-AGH |
| Warden SHAWN EMMONS, *et al.*, | : |
|                Defendants. | : |

## ORDER

Defendants Nurse Cobb, Doctor Efobi, and Doctor Fowler filed a Suggestion of Bankruptcy and Notice of Stay (ECF No. 57), concerning a Chapter 11 bankruptcy petition filed by Wellpath, LLC in the United States Bankruptcy Court for the Southern District of Texas.[1] *In re Wellpath Holdings, Inc.*, No. 24-90533-ARP (S.D. Tex. Nov. 11, 2024). These Defendants attached an order issued by the Southern District of Texas enforcing an automatic stay in all lawsuits "in which a Debtor is named as one of the defendants therein." Am. Interim Order 1 n.3, *In re Wellpath Holdings, Inc.*, No. 24-90533-ARP (S.D. Tex. Nov. 12, 2024), ECF No. 69. In addition to enforcing the automatic stay of claims against a Debtor, the Southern District of Texas also stayed claims against "Non-Debtor Defendants" such as Defendants Nurse Cobb, Doctor Efobi, and Doctor Fowler. *Id.* at 2. Moreover, although the automatic stay does not extend to Defendants Warden Emmons, Deputy Warden Smith, and

---

[1] Defendants' notice purports to also be filed on behalf of Doctor Finderson. However, Dr. Finderson was previously terminated as a defendant in this case. Order 12, Apr. 3, 2024, ECF No. 9.

Major Ayannuga, the Court finds that the necessity of avoiding inconsistent results and promoting judicial economy justify staying the case as to them also. *See Gulfmark Offshore, Inc. v. Bender Shipbuilding & Repair Co., Inc.*, No. 09-0249-WS-N, 2009 WL 2413664, at *3 (S.D. Ala. Aug. 3, 2009) (extending stay to non-debtor defendants "pursuant to the inherent powers of the Court, and in furtherance of the interests of judicial economy, consistency and justice, even in the absence of a § 362(a) stay of the claims against the [Defendants]"); *Clinton v. Jones*, 520 U.S. 681, 683 (1997) ("[T]he District Court has broad discretion to stay proceedings as an incident to its power to control its own docket.").

Therefore, in accordance with 11 U.S.C. § 362(a), it is **ORDERED** that this case be **STAYED** as to **ALL DEFENDANTS**. Counsel for Defendants Nurse Cobb, Doctor Efobi, and Doctor Fowler are hereby **ORDERED** to provide a status report regarding the bankruptcy stay and related proceedings by March 10, 2025, and every thirty days thereafter until the stay is lifted.[2]

**SO ORDERED**, this 10th day of January, 2025.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE

---

[2] Plaintiff filed a motion (ECF No. 55) for the Court to reconsider its previous order (ECF No. 28) denying him appointed counsel. That motion is **DENIED**.