IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| PABLO F. MALDONADO, | : |
| Plaintiff, | : |
| v. | : Case No. 5:23-cv-505-MTT-AGH |
| Warden SHAWN EMMONS, *et al.*, | : |
| Defendants. | : |

## ORDER

On January 10, 2025, the Court stayed this case due to a bankruptcy petition filed by Wellpath, LLC ("Wellpath") (ECF No. 61). On May 1, 2025, the United States Bankruptcy Court for the Southern District of Texas confirmed Wellpath's Chapter 11 bankruptcy plan. *In re Wellpath Holdings, Inc.*, No. 24-90533-ARP (S.D. Tex. May 1, 2025). Consequently, the stay in this case is **LIFTED**. The Court further **ORDERS** that:

1. Discovery for all parties shall begin today and run for a period of ninety (90) days as outlined in the Court's Order Directing Service (ECF No. 9).

2. The parties shall have thirty (30) days after the close of discovery to file dispositive motions;

3. Defendants Efobi and Cobb shall file a report with the Court by August 20, 2025, as to the effect of the bankruptcy court's confirmation order on Plaintiff's claims.

**SO ORDERED**, this 3rd day of July, 2025.

                                      s/ *Amelia G. Helmick*
                                UNITED STATES MAGISTRATE JUDGE